Christopher B. Dolan (SBN 165358)
Rachel M. Pusey (SBN 224880)
THE DOLAN LAW FIRM
The Dolan Building
78 First Street
San Francisco, CA 94105
Tel: (415) 421-2800
Fax: (415) 421-2830

Attorneys for Plaintiff
JENNIFER LARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LARSON, | Case No. C-05-02663 PJH |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION |
| v. | |
| DIAGEO NORTH AMERICA, INC., a Connecticut Corporation; TONY MURPHY, an individual; PHIL GERVASI, an individual; JIM CLERKIN, an individual; MAURA TANCREDI, an individual; and DOES 1-50, | |
| Defendants. | |

WHEREAS, the parties agreed to participate in an Early Neutral Evaluation and the Court ordered the parties to complete the evaluation by February 16, 2006;

WHEREAS, the Alternative Dispute Resolution Administrator assigned Arthur Siegel, Esq. as the Evaluator;

WHEREAS, the Parties and Mr. Siegel agreed to conduct the Early Neutral Evaluation on February 10, 2006;

WHEREAS, on February 6, 2006, Plaintiff informed her counsel that she had consulted Mr. Siegel previously;

1

STIPULATION AND PROPOSED ORDER

WHEREAS, Plaintiff's counsel notified the ADR office, defense counsel, and Mr. Siegel of the conflict and requested that the February 10, 2006 Early Neutral Evaluation be cancelled and a new evaluator be assigned;

WHEREAS, Mr. Siegel confirmed that he had spoken to Ms. Larson;

WHEREAS, the ADR office vacated the appointment of Mr. Siegel and notified the parties that Jody I. LeWitter is the new evaluator;

WHEREAS the parties plan on scheduling an ENE with Ms. LeWitter as soon as possible;

The parties respectfully request that the court extend the deadline to complete the ENE session by sixty days. The new deadline to complete Early Neutral Evaluation is April 10, 2006.

DATED: February 8, 2006                THE DOLAN LAW FIRM

                                        By: /s/ Rachel Pusey
                                        RACHEL PUSEY
                                        Attorneys for Plaintiff
                                        JENNIFER LARSON

DATED: February 8, 2006                MORGAN, LEWIS & BOCKIUS LLP

                                        By: /s/ Shannon Thorne
                                        SHANNON THORNE
                                        Attorney for Defendants
                                        DIAGEO NORTH AMERICA, INC.,
                                        MAURA TANCREDI, PHIL GERVASI
                                        AND JIM CLERKIN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/10/06

Judge Phyllis J. Hamilton
United States District Court

IT IS SO ORDERED

2

STIPULATION AND PROPOSED ORDER