1  Christopher B. Dolan (SBN 165358)
   Rachel M. Pusey (SBN 224880)
2  **THE DOLAN LAW FIRM**
   The Dolan Building
3  78 First Street
   San Francisco, CA 94105
4  Tel: (415) 421-2800
   Fax: (415) 421-2830
5

6  **MORGAN, LEWIS & BOCKIUS, LLP**
   L. Julius M. Turman, (SBN 226126)
7  Barbara Antonucci (SBN 209039)
   One Market Street, Spear Street Tower
8  San Francisco, CA 94105-1126
   Tel: (415) 442-1000
9  Fax: (415) 442-1001

10

11 Attorneys for Plaintiff
   JENNIFER LARSON
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15
   JENNIFER LARSON,                    Case No.: CV 05-02663 PJH
16
17           Plaintiff,                **STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUT-OFF DATE AND ORDER**
18 v.

19 DIAGEO NORTH AMERICA, INC., a
   Connecticut Corporation; TONY MURPHY,
20 an individual; PHIL GERVASI, an
   individual; JIM CLERKIN, an individual;
21 MAURA TANCREDI, an individual; and
   DOES 1-50,
22
23           Defendants.

24

25    WHEREAS, the Plaintiff has noticed eight depositions in this case;

26    WHEREAS, only two of the noticed depositions has taken place because the parties have

27 sought to accommodate the schedules of the deponents who reside out of state and/or have had

28

---

1

STIPULATION TO EXTEND NON-EXPERT DISCOVERY AND PROPOSED ORDER

THE DOLAN LAW FIRM
THE DOLAN BUILDING
78 FIRST STREET
SAN FRANCISCO, CA 94105
TEL: (415) 421-2800
FAX: (415) 421-2830

1  scheduling conflicts;
2      WHEREAS, several of the depositions were mutually taken off-calendar pending settlement
3  negotiations;
4      WHEREAS, as the negotiations continue, the parties have agreed to resume the taking of
5  depositions.
6      The parties respectfully request that the court extend the deadline to complete non-expert
7  discovery in this case by 30 days. The new non-expert discovery deadline is September 20, 2006. All
8  other deadlines to remain in effect pursuant to the Case Management and Pretrial Order.
9
10  DATED: August 21, 2006                    THE DOLAN LAW FIRM
11
12                                            By: /s/ _____
                                                  CHRISTOPHER B. DOLAN
13                                                RACHEL M. PUSEY
                                                  Attorneys for Plaintiff
14                                                JENNIFER LARSON
15
16
17
18  DATED: August 21, 2006                    MORGAN LEWIS & BOCKIUS LLP
19
20                                            By: _____
                                                  L. JULIUS TURMAN
21                                                BARBARA ANTONUCCI
                                                  Attorneys for Defendants Diageo North
22                                                America, Inc., Maura Tancredi, Phil Gervasi,
                                                  and Jim Clerkin
23
24
25  PURSUANT TO STIPULATION, IT IS SO ORDERED.
          8/22/06
26  Dated: _____
                                              Judge Phyllis J. Hamilton
27                                            United States District Judge
28

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton

THE DOLAN LAW FIRM
THE DOLAN BUILDING
SAN FRANCISCO, CA
TEL: (415) 421-2800
FAX: (415) 421-2830

                              2
STIPULATION TO EXTEND NON-EXPERT DISCOVERY AND PROPOSED ORDER