Christopher B. Dolan (SBN 165358)
Rachel M. Pusey (SBN 224880)
**THE DOLAN LAW FIRM**
The Dolan Building
78 First Street
San Francisco, CA 94105
Tel: (415) 421-2800
Fax: (415) 421-2830

Attorneys for Plaintiff
JENNIFER LARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LARSON,<br><br>Plaintiff,<br>v.<br><br>DIAGEO NORTH AMERICA, INC., a Connecticut Corporation; TONY MURPHY, an individual; PHIL GERVASI, an individual; JIM CLERKIN, an individual; MAURA TANCREDI, an individual; and DOES 1-50,<br><br>Defendants. | Case No.: CV 05-02663 PJH<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

**TO ALL PARTIES OF RECORD HEREIN AND TO THE COURT:**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP

///
///
///
///
///
///

1
STIPULATION FOR DISMISSAL

41(a)(1). Each side shall bear their own costs and fees.

DATED: September 20, 2006                     THE DOLAN LAW FIRM

                                              /s/
                                              By: _____
                                                     RACHEL PUSEY
                                                  Attorneys for Plaintiff
                                                   JENNIFER LARSON

DATED: September 20, 2006                     MORGAN LEWIS & BOCKIUS LLP

                                              By: _____
                                                     L. JULIUS TURMAN
                                                     BARBARA ANTONUCCI
                                                Attorneys for Defendants Diageo North
                                              America, Inc., Maura Tancredi, Phil Gervasi,
                                                       and Jim Clerkin

9/21/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2
STIPULATION FOR DISMISSAL